**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.**


NATALIA D'ONOFRIO,

     Plaintiff,

v.

NEXTERA ENERGY RESOURCES, LLC
 a Florida Limited Liability Company,

Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTON

     Defendant, NEXTERA ENERGY RESOURCES, LLC, ("NextEra") by and through its undersigned counsel and pursuant to Local Rule 5.1, 28 U.S.C. §§ 1331, 1367, 1441(a) and 1446, hereby provides notice to this Court of the removal of this case, based on federal question jurisdiction, from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to this Court and states as follows:

     1.     On December 2, 2020, Plaintiff commenced this action in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2020CA-013320XXXXMB. Plaintiff's complaint alleges violations of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000(e)) ("Title VII"), 42 U.S.C. § 1981 ("§1981"), and the Florida Civil Rights Act of 1992 (Florida Statue § 760.01, et seq.) ("FCRA"). NextEra first received a copy of the initial pleading when it was served with process on February 5, 2021. *See* Summons at Exhibit A and Complaint at Exhibit B. In the complaint, Plaintiff does not specify an amount of damages, but states that Plaintiff seeks back pay, benefits' adjustment, and prejudgment interest; compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

permanent injunction; reinstatement or front pay; any other compensation allowed by law including compensatory damages, punitive damages and attorney's fees; costs and reasonable attorney's fees; and additional relief as the Court deems just and proper. *See* Exhibit B.

2.      Removal of this matter to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within 30 days of the date of service on NextEra.

3.      NextEra removes this case based on federal question jurisdiction, on the grounds that Plaintiff asserts claims under Title VII and §1981, arising under the laws of the United States, over which this Court has original jurisdiction. *See* 28 U.S.C. §§ 1331 and 1441(a).

4.      Plaintiff's claims under the FCRA relate to and arise out of the same operative facts, case and controversy as Plaintiff's claims under Title VII and § 1981 and thus this Court has supplemental jurisdiction over Plaintiff's FCRA claims. *See* 28 U.S.C. § 1367(a)

5.      Since this action was originally filed in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, the U.S. District Court for the Southern District of Florida, West Palm Beach Division, is the proper place to file this Notice of Removal because it is the federal district court that embraces the place where the original action was filed and is pending. *See* 28 U.S.C. § 1441(a).

6.      In accordance with 28 U.S.C. § 1446(a), a copy of all pleadings served upon NextEra are attached hereto at Exhibits A and B. A copy of the state court docket and filings as of March 5, 2021, is attached hereto at Composite Exhibit C.  There are no pending motions in this case.

7.      In accordance with 28 U.S.C. § 1446(d), NextEra will promptly notify Plaintiff in writing of this filing. NextEra will also file a copy of this Notice with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

8.     By filing this Notice of Removal, NextEra does not admit any of the averments in the Plaintiff's complaint, or waive any defense, and expressly reserves any objections as to service and personal jurisdiction.

WHEREFORE, NextEra respectfully requests that this civil action be and is hereby removed from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida.


Date:  March 5, 2021                              Respectfully submitted,


                                                  /s/ Christin M. Russell, Esq.
                                                  Christin M. Russell, Esq.
                                                  Florida Bar No. 51485
                                                  Christin.Russell@fpl.com
                                                  Andrew J. Sando, Esq.
                                                  Florida Bar No. 105540
                                                  Andrew.Sando@nee.com
                                                  700 Universe Boulevard LAW/JB
                                                  Juno Beach, Florida 33408-2683
                                                  Telephone: (561) 694-4467
                                                  Attorneys for NextEra

<u>**CERTIFICATE OF SERVICE**</u>

**I hereby certify** that on March 5, 2021, a true and correct copy of the foregoing was served by e-mail on all counsel or parties of record on the Service List below.

/s/<u>Christin M. Russell, Esq.</u>
Florida Bar No. 51485

<u>**SERVICE LIST**</u>
**CASE NO.:**

Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgpattorneys.com
Remer & Georges-Pierre, PLLC
Courthouse Tower 44 West Flagler Street
Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile:  (305)416-5005
Counsel for Plaintiffs